UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK H. EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:12CV01977AGF/DDN |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

# **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge David Noce, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b).  On August 12, 2013, Magistrate Judge Noce filed his Report and Recommendation (Doc. No. 23), recommending that the Court uphold the decision of the Administrative Law Judge to deny Plaintiff disability insurance benefits under Title II of the Social Security Act ("the Act"), 42 U.S.C. § 401, *et seq*., and supplemental security income under Title XVI of that Act § 1381, *et seq*. Neither party has filed objections to the Report and Recommendation and the time to do so has expired.

---

[1]   On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security.  The Court hereby substitutes Carolyn W. Colvin as defendant in her official capacity. Fed. R. Civ. P. 25(d).

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Administrative Law Judge's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 23) is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits under Title II of the Act and supplemental security income under Title XVI of that Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2013.